IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Western Division


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 0 5 2017
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**LARRY WILBERT, SR.**            **PLAINTIFF**

No. 4:16CV00804BSM

**LIBERTY MUTUAL INSURANCE CO.**            **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing that this cause has been settled and compromised to the mutual satisfaction of the parties, any and all claims that were, or that could have been asserted herein, should be dismissed with prejudice, each party to bear its own costs and fees.

_____
HONORABLE PATRICIA S. HARRIS

12/5/17
Date

APPROVED:

| | |
|---|---|
| **Law Offices of Gary Green** | **Mitchell, Williams, Selig, Gates & Woodyard** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 1001 La Harpe Blvd. | 425 W. Capitol Ave, Suite 1800 |
| Little Rock, AR 72201 | Little Rock, AR 72201 |
| (501) 224-7400 | (501) 688-8800 |
| | |
| By: /s/ Lillian K. Green | By: /s/ David Koehler |
|     Lillian K. Green |     David Koehler |